UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-23462-CIV-MOORE/BECERRA

VIRGINIA VALLEJO,

    Plaintiff,
v.

NARCOS PRODUCTIONS LLC, et al.,

    Defendants.
_____/

### Notice of Compliance with Order [D.E. 49] Regarding Plaintiff Virginia Vallejo's Taking Four Depositions Out-Of-Time

Plaintiff VIRGINIA VALLEJO ("Vallejo" or "Plaintiff"), through her undersigned counsel, and pursuant to the Court's May 24, 2019 Order (D.E. 46) and June 3, 2019 Order (D.E. 49), hereby provides notice of Plaintiff's scheduling of the four depositions addressed and identified in Plaintiff's Unopposed Motion to Hold Depositions Out-of-Time (D.E. 48):

    1.    Between the Court's June 3, 2019 Order (D.E. 49) and Friday, June 7, 2019 – the Parties worked in good faith to coordinate dates of availability for the depositions of Narcos's executive producer and chief screenwriter Chris Brancato (Mr. Brancato), the Rule 30(b)(6) Corporate Deposition of Defendant Narcos Productions LLC ("Narcos"), the Rule 30(b)(6) Corporate Deposition of Defendant Gaumont Television USA Inc. ("Gaumont") as well as the Rule 30(b)(6) Corporate Deposition of Defendant Netflix, Inc. ("Netflix"). This included discussions held both during and after the Thursday, June 6, 2019 deposition of screenwriter Dana Calvo.

    2.    As of Friday, June 7, 2019, the Parties had developed a plan to take the four depositions addressed in Plaintiff's Unopposed Motion to Hold Depositions Out-of-Time (D.E.

48).  Plaintiff confirmed these dates via a detailed email to Defendants' counsel on the morning of Saturday, June 8, 2019 outlining the locations and start times for these four depositions.

3. Specifically, the Parties have stipulated that Mr. Brancato's deposition shall take place on Friday, June 14, 2019 at 10:00 am in the New York office of Holland & Knight.

4. Second, the Parties have stipulated to hold the Corporate Rule 30(b)(6) Depositions of Narcos and Gaumont on Friday, June 21, 2019 in Los Angeles (and are finalizing the location).

5. Third, the Parties have stipulated to hold the Corporate Rule 30(b)(6) Deposition of Netflix on Monday, June 24, 2019 in Los Angeles (Century City) starting at 9:00 am

ACCORDINGLY, the foregoing coordinated out-of-time depositions allow for these four depositions to occur by Monday, June 24, 2019.  Likewise, they allow for the video deposition of Mr. Brancato during the week of June 10th in New York – as previously addressed by Plaintiff's Unopposed Motion to Hold Depositions Out-of-Time (D.E. 48).  Moreover, the foregoing schedule is proffered in good faith and without any intent to hinder or delay these proceedings.

### Local Rule 7.1 Conferral Certificate

The Parties have conferred and are in agreement on relief sought in this motion.

Respectfully submitted this June 10, 2019.

*s/Robert H. Thornburg*
Robert H. Thornburg
Florida Bar No. 630829
E-Mail: rthornburg@allendyer.com
Stephanie Vazquez
Florida Bar No. 1011124
E-Mail: svazquez@allendyer.com
ALLEN, DYER, DOPPELT
+ GILCHRIST, P.A.
1221 Brickell Avenue, Suite 2400
Miami, Florida 33131
Telephone:   (305) 374-8303
Facsimile:   (305) 374-8306

*Counsel for Plaintiff Virginia Vallejo*

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on June 10, 2019, I presented the foregoing to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a Notice of Electronic Filing to Counsel of Record:

Scott D. Ponce
Florida Bar No. 0169528
E-Mail: scott.ponce@hklaw.com
Rebecca J. Cañamero
Florida Bar No. 86424
E-Mail: rebecca.canamero@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

Louis P. Petrich *(Admitted pro hac vice)*
LEOPOLD, PETRICH & SMITH
2049 Century Park East – Suite 3110
Los Angeles, California 90067
Telephone: (310) 277-3333

*Counsel for Defendants*

                 *s/Robert H. Thornburg*
                 Robert H. Thornburg