UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23462-CIV-MOORE/BECERRA

VIRGINIA VALLEJO,

    Plaintiff,

vs.

NARCOS PRODUCTIONS, LLC *et al.*,

    Defendants.

_____/

## DEFENDANT DYNAMO PRODUCCIONES, S.A.'S RESPONSE TO ORDER TO SHOW CAUSE

Defendant Dynamo Producciones, S.A. ("Dynamo") responds to the Court's Order to Show Cause [DE 51] by stating that its motion to dismiss for lack of personal jurisdiction [DE 22] is not mooted by the revised allegations in Plaintiff's amended complaint and remains pending before the Court.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP
    701 Brickell Avenue, Suite 3300
    Miami, Florida 33131
    Tel:  (305) 374-8500 (telephone)
    Fax:  (305) 789-7799 (facsimile)

    By:  /s/Scott D. Ponce
    Scott D. Ponce
    Fla. Bar No.: 169528
    Email:  scott.ponce@hklaw.com
    Rebecca J. Canamero
    Fla. Bar. No.: 86424
    Email:  rebecca.canamero@hklaw.com

    Louis P. Petrich (*pro hac vice*)
    Email:  lpetrich@lpsla.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, I electronically filed the foregoing document via the CM/ECF filing system, which will send notice via electronic mail this day to all counsel of record.

By: /s/ Scott D. Ponce