UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23462-CIV-SMITH

VIRGINIA VALLEJO,

    Plaintiff,

vs.

NARCOS PRODUCTIONS, LLC *et al.*,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION
## FOR LEAVE TO DEPOSE PLAINTIFF ON JUNE 28, 2019

Defendants, without opposition from Plaintiff and pursuant to the Court's Order dated May 24, 2019 (DE 46), move for the entry of an Order granting them leave to depose Plaintiff on June 28, 2019. The grounds for this Unopposed Motion are:

The deadline for completing discovery was June 7, 2019. Prior to the expiration of the deadline, the parties jointly sought a three month continuance of the trial date and extension of the discovery deadline in order to accommodate the depositions that needed to be taken (DE 44). Judge Moore denied the motion, but ruled that if there were depositions that remained to be taken after the June 7 discovery deadline, then the parties could, by separate motion, seek leave to take any such depositions (DE 46). To that end, Plaintiff sought and received leave to depose the three remaining defendants and two third-party deponents (DE 48, 49).

Judge Moore dismissed two of Plaintiff's claims with prejudice, and dismissed two of her claims without prejudice, giving her until June 6 – the day before the discovery deadline – to file an amended complaint (DE 45). Plaintiff filed her amended complaint on June 6 (DE 50).

Defendants obviously could not depose Plaintiff on June 7 in light of the fact that her amended complaint was not filed until June 6.

The parties have worked together and identified June 28, 2019 as a date on which everyone is available for Plaintiff's deposition to be taken.  Counsel for Defendants has conferred with counsel for Plaintiff, and is authorized to represent to the Court that Plaintiff does not oppose her deposition being taken on June 28.  For these reasons, Defendants respectfully request the entry of an Order granting them leave to take Plaintiff's deposition on June 28, 2019.

>Respectfully submitted,
>
>HOLLAND & KNIGHT LLP
>701 Brickell Avenue, Suite 3300
>Miami, Florida 33131
>Tel:  (305) 374-8500 (telephone)
>Fax:  (305) 789-7799 (facsimile)
>
>By:  /s/Scott D. Ponce
>Scott D. Ponce
>Fla. Bar No.: 169528
>Email:  scott.ponce@hklaw.com
>Rebecca J. Canamero
>Fla. Bar. No.: 86424
>Email:  rebecca.canamero@hklaw.com
>
>Louis P. Petrich (*pro hac vice*)
>Email:  lpetrich@lpsla.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2019, I electronically filed the foregoing document via the CM/ECF filing system, which will send notice via electronic mail this day to all counsel of record.

>By:  /s/  Scott D. Ponce

#68628093_v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23462-CIV-SMITH

VIRGINIA VALLEJO,

    Plaintiff,

vs.

NARCOS PRODUCTIONS, LLC *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on Defendants' Unopposed Motion For Leave To Depose Plaintiff On June 28, 2019 (the "Unopposed Motion"). Upon review of the Unopposed Motion and the relevant portions of the record, it is

ORDERED AND ADJUDGED that the Unopposed Motion is GRANTED. Defendants are hereby granted leave to take Plaintiff's deposition on June 28, 2019.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida on this _____ day of June 2019.

                                                                           RODNEY SMITH
                                                                           UNITED STATES DISTRICT JUDGE

Copies to all counsel of record